IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SUZANNE H. WOOTEN | § |
| | § |
| vs. | § |
| | § CIVIL ACTION NO. 4:18-cv-00380 |
| JOHN ROACH, SR., CHRISTOPHER | § |
| MILNER, COLLIN COUNTY, TEXAS, | § |
| GREGORY ABBOTT and | § |
| HARRY EUGENE WHITE | § |

### ORDER GRANTING COLLIN COUNTY'S UNOPPOSED MOTION FOR VOLUNTARY WITHDRAWAL OF ITS NOTICE OF INTERLOCUTORY APPEAL

The Court, having considered Defendant Collin County's UNOPPOSED MOTION FOR VOLUNTARY WITHDRAWAL OF ITS NOTICE OF INTERLOCUTORY APPEAL (DKT. #50), is of the opinion that such MOTION is well taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Collin County's UNOPPOSED MOTION FOR VOLUNTARY WITHDRAWAL OF ITS NOTICE OF INTERLOCUTORY APPEAL be and hereby is GRANTED and just Collin County's part of DEFENDANTS JOHN ROACH SR., CHRISTOPHER MILNER, AND COLLIN COUNTY, TEXAS' NOTICE OF INTERLOCUTORY APPEAL [Dkt. 41] filed April 9, 2019 be and hereby is withdrawn.

SIGNED this 17th day of June, 2019.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE