NO. 366-81639-2011

| | | |
|---|---|---|
| **SUZANNE H. WOOTEN** | § | IN THE DISTRICT COURT |
| | § | |
| v. | § | 366TH JUDICIAL DISTRICT |
| | § | |
| **STATE OF TEXAS** | § | COLLIN COUNTY, TEXAS |

### ORDER ON APPLICANT'S FIRST AMENDED 11.072 WRIT OF HABEAS CORPUS DECLARING ACTUAL INNOCENCE AS A MATTER OF LAW

Upon consideration of Suzanne H. Wooten's (Applicant) First Amended 11.072 Writ of Habeas Corpus Declaring Actual Innocence as a Matter of Law and the Response filed by the State of Texas where the State *agrees* that the relief requested should be granted, the Court hereby GRANTS the Applicant's requested relief.

The Court FINDS that the Texas Court of Criminal Appeals, in its decisions in *Stacy Stine Cary v. State*, 507 S.W.3d 750 (Tex. Crim. App. 2016) and in *David Cary v. State*, 507 S.W.3d 761 (Tex. Crim. App. 2016), acquitted those co-defendants in this case on all counts (which were substantially identical to the charges against the Applicant), finding the evidence presented legally insufficient because the allegations, even if true, were not crimes under Texas law. The Court FINDS that those Opinions by the highest criminal court in the State of Texas are directly relevant to the Applicant's case and require the Court to GRANT the relief requested.

The Court FURTHER FINDS that, in light of *Stacy Stine Cary v. State*, 507 S.W.3d 750 (Tex. Crim. App. 2016) and *David Cary v. State*, 507 S.W.3d 761 (Tex. Crim. App. 2016), the evidence presented at Applicant's trial was legally insufficient to convict her of the following nine (9) felony convictions: one (1) count of Conspiracy to Commit Engaging in Organized Criminal Activity, six (6) counts of Bribery, one (1) count of Money Laundering, and one (1) count of Tampering with a Governmental Record with Intent to Defraud/Harm. The Court therefore FINDS a violation of Applicant's due process rights.

The Court FURTHER FINDS that Article 11.072 of the Texas Code of Criminal Procedure is the appropriate means for Applicant to obtain relief in this matter, as the Court of Criminal Appeals ruled on December 14, 2016, more than five years after Applicant was convicted of the charges listed above, that the allegations brought against Applicant in the Indictment, even if true, <u>were not crimes under Texas law</u>. An acquittal is therefore appropriate. *See generally Ex parte Perales*, 215 S.W.3d 418 (Tex. Crim. App. 2007). Because relief is granted, it is not necessary for the Court to review the "Supplemental Legal Challenges" alleged in the Applicant's Application. Therefore, those "Supplemental Legal Challenges" contained in the Application are denied.

THEREFORE, based upon these findings, IT IS ORDERED, DECREED, AND ADJUDGED that each and every of the nine (9) felony convictions of Applicant, the Honorable Suzanne H. Wooten, in this cause are immediately **VACATED**, that the convictions in this cause are void *ab initio*, and that the Applicant is **DECLARED, DECREED, AND ORDERED ACQUITTED OF EACH AND EVERY ALLEGATION CONTAINED IN THE INDICTMENT.** The State of Texas is FURTHER ORDERED that it is prohibited from any further prosecution of the Applicant based on the instant indictment. IT IS FURTHER ORDERED that any legal disabilities rendered against Applicant as a result of the convictions in this cause are VOID and ORDERED SET ASIDE and that the Applicant be immediately provided all release and relief from those legal disabilities.

IT IS SO ORDERED, this the 24th day of MAY, 2017.

*Andrea Thompson*
HON. ANDREA STROH THOMPSON
JUDGE PRESIDING

Order on First Amended 11.072 Writ of Habeas Corpus, 366-81639-2011

2

**APPROVED AS TO FORM:**

*/s/ Adrienne McFarland*

**ADRIENNE McFARLAND**
District Attorney Pro Tem
State Bar No. 13597375
Deputy Attorney General for Criminal Justice
Texas Attorney General's Office
P.O. Box 12548, Capitol Station
Austin, Texas 78711
Adrienne.McFarland@oag.texas.gov

*ATTORNEY FOR THE STATE OF TEXAS*

*/s/ Peter A. Schulte*

**PETER A. SCHULTE**
State Bar No. 24044677
Schulte & Apgar, PLLC
4131 N Central Expy Ste 680
Dallas, Texas 75204
Office: (214) 521-2200
Facsimile: (214) 276-1661
pete@schulteapgar.com
www.PeteSchulte.com

*ATTORNEY FOR THE APPLICANT*



STATE OF TEXAS )
COUNTY OF COLLIN )
I, Lynne Finley, District Clerk in and for Collin County Texas, do hereby certify that the above foregoing is a true and correct copy of the original document as the same appears on the file in the District Court, Collin County, Texas. Witness my hand and seal of said Court, this the ___ day of _____ A.D., 20 __
LYNNE FINLEY, DISTRICT CLERK
COLLIN COUNTY, TEXAS
_____ DEPUTY